# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 19, 2024

Ronald S. Weiss
BERMAN & DELEVE
Suite 2850
1100 Main
Kansas City, MO  64105-0000

>RE:  24-1819  DRE Health Corporation v. BRM Trades, LLC, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Stephanie N. O'Banion
Acting Clerk of Court

CMH

Enclosure(s)

cc:     Anna Adelstein
       Brendan Collins
       Nathan Shaman
       Jon Uretsky
       Louis Jay Wade
       Benjamin Walker
       Gayle Wambolt
       Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 4:21-cv-00745-SRB

**Caption For Case Number:   24-1819**

DRE Health Corporation

       Plaintiff - Appellant

v.

BRM Trades, LLC; Chaim Benjamin Oberlander

       Defendants - Appellees

**Addresses For Case Participants:   24-1819**

Ronald S. Weiss
BERMAN & DELEVE
Suite 2850
1100 Main
Kansas City, MO  64105-0000

Anna Adelstein
PULLP
8th Floor
111 Broadway
New York, NY  10006

Brendan Collins
GKG LAW
Suite 500
1055 Thomas Jefferson Street, N.W.
Washington, DC  20007

Nathan Shaman
GLOBAL LEGAL LAW
Suite 200
322 Encinitas Boulevard
Encinitas, CA  92024

Jon Uretsky
PULLP
8th Floor
111 Broadway
New York, NY  10006

Louis Jay Wade
LEWIS & RICE
10484 Marty Street
Overland Park, KS  66212

Benjamin Walker
LEWIS & RICE
500 One Petticoat Lane Building
1010 Walnut
Kansas City, MO  64106-2141

Gayle Wambolt
Charles Evans Whittaker United States Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2689

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000